UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN A. WILSON,

       Plaintiff,                         Civil Action No.
                                            11-CV-12261

vs.

                                                   HON. MARK A. GOLDSMITH

PRISON HEALTH SERVICES, et al.,

       Defendants.
_____/

**ORDER**
**ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE DATED JANUARY 17, 2013 and GRANTING THE MOTION TO DISMISS OF DEFENDANTS PRISON HEALTH SERVICES, INC. AND LISA REEVES**

       This matter is presently before the Court on the Report and Recommendation (R&R) of Magistrate Judge R. Steven Whalen, issued on January 17, 2013 (Dkt. 41). In the R&R, the Magistrate Judge recommends that the Court grant the motion to dismiss of Defendants Prison Health Services, Inc. and Lisa Reeves. The parties have not filed objections to the R&R, and the time to do so has expired. See Fed. R. Civ. P. 72(b)(2). The Court has reviewed the R&R and concludes that the Magistrate Judge has reached the proper conclusion for the proper reasons. Therefore, the R&R is accepted and adopted as the findings and conclusions of the Court. Accordingly, the motion to dismiss of Defendants Prison Health Services, Inc. and Lisa Reeves (Dkt. 31) is granted and the claims against those Defendants are dismissed.

       SO ORDERED.


Dated: February 5, 2013                               s/Mark A. Goldsmith
      Flint, Michigan                                    MARK A. GOLDSMITH
                                                    United States District Judge

2

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on February 5, 2013.

      s/Deborah J. Goltz
      DEBORAH J. GOLTZ
      Case Manager