UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN A. WILSON,

    Plaintiff,                                    No. 11-12261

v.                                           District Judge Mark A. Goldsmith
                                                 Magistrate Judge R. Steven Whalen

RUTH C. ROULEAU, ET AL.,

    Defendants.
                                       /

## **ORDER**

      Before the Court is Plaintiff's motion to compel discovery [Doc. #38], in which he seeks information from the Michigan Department of Corrections ("MDOC"). However, the MDOC has been dismissed as a Defendant, as have all of the other Defendants except Defendant Hines, who has not been served. Accordingly,

      Plaintiff's motion to compel [Doc. #38] is DENIED.

      IT IS SO ORDERED.


Dated: May 13, 2013                      s/ R. Steven Whalen
                                                 R. STEVEN WHALEN
                                                 UNITED STATES MAGISTRATE JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on May 13, 2013, electronically and/or by U.S. Mail.

                                                 s/Michael Williams
                                                 Relief Case Manager for the Honorable
                                                 R. Steven Whalen